In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the GREATER CITY SURETY AND INDEMNITY CORPORATION. GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the GREATER CITY SURETY AND INDEMNITY CORPORATION, Respondent; FRED FLATOW, Appellant.— Order denying motion of Fred Flatow to compel the Superintendent of Insurance of the State of New York, as liquidator of the Greater City Surety and Indemnity Corporation, to return to him the sum of $1,000; and from order denying motion for a reargument, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

MAX CHOPNICK, Appellant, v. HARRY WAGSTAFF GRIBBLE, Respondent.— Order denying motion of Max Chopnick for a stay of Municipal Court action, or for consolidation of said action with Supreme Court action, unanimously reversed, with twenty dollars costs and disbursements, and the motion for consolidation granted. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ESTHER ALTMAN, Respondent, v. BROWN, WHEELOCK, HARRIS & Co., INC., Appellant.— Order granting plaintiff's motion for examination before trial of defendant by its employee, August Winter, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

MARIAM SUNSHINE, Respondent, v. MAX SUNSHINE, Appellant.— Order granting plaintiff's motion for alimony and counsel fees, pendente lite, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

HANCOCK COMPANY, INC., Appellant, v. HOME INSURANCE COMPANY and Others, Respondents.— Order sustaining objections of Anchor Brokerage Company, Inc., and of Cornelius J. Reid to the production of certain records upon their examination before trial, unanimously reversed, with twenty dollars costs and disbursements, and objections overruled. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

PAULINE FRANK, Respondent, v. H. H. SHERWIN & Co., INC., and Another, Appellants.— Order denying defendants' motion for a further bill of particulars unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.